**Order filed, May 05, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00305-CV

_____

**JAYPAL C. REDDY A/K/A JAIPAL C. REDDY AND APARNA CHERUKUPALLI, Appellant**

**V.**

**NARASIMHA REDDY CHANDAMURI, Appellee**

---

**On Appeal from the County Court at Law No 1
Jefferson County, Texas
Trial Court Cause No. 125718**

---

## ORDER

The reporter's record in this case was due **April 16, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Veronica Wimberly**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM